Dismissed and Memorandum Opinion filed May 10, 2007








Dismissed
and Memorandum Opinion filed May 10, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-05-01123-CV

____________

 

RANGER INSURANCE COMPANY and SWIFT ENERGY COMPANY, Appellants

 

V.

 

AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE
COMPANY and FLOURNOY DRILLING COMPANY, Appellees

 



 

On Appeal from the
234th District Court

Harris County,
Texas

Trial Court Cause
No. 99-06541

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed December 20, 2005.  On April 30, 2007, the
parties filed a motion to dismiss the appeal because the case has been settled.
See Tex. R. App. P. 42.1. 
The motion is granted.

Accordingly,
the appeal is ordered dismissed with prejudice.

PER
CURIAM

Judgment rendered and Memorandum Opinion filed May 10,
2007.

Panel consists of Chief Justice Hedges and Justices Hudson and Guzman.